**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KIM SHERWIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Case No. 16-cv-07535<br><br>District Judge Jorge L. Alonso<br><br>Magistrate Judge Susan E. Cox<br><br>**JOINT MOTION AND STIPULATION TO CONTINUE SEPTEMBER 29, 2016 STATUS HEARING** |

**JOINT MOTION AND STIPULATION TO
CONTINUE SEPTEMBER 29, 2016 STATUS HEARING**

Plaintiff Kim Sherwin ("Sherwin") and Defendant Samsung Electronics America, Inc. ("SEA"), hereby jointly move and stipulate to continue the September 29, 2016 status hearing scheduled in this case for so long as there is a motion to dismiss all claims in the complaint pending with the Court. On July 25, 2016, Plaintiff Sherwin filed a complaint against SEA. ECF No. 1. The complaint asserts claims for unjust enrichment and for violation of the Illinois Consumer Fraud and Deceptive Business Practices Act and other substantially similar laws. SEA's response to the complaint is due on October 3, 2016. ECF No. 7. SEA anticipates moving to dismiss all claims in the complaint on this date.

A status hearing in this action has been scheduled for September 29, 2016. ECF No. 3, 7. The Parties have conferred regarding the initial status conference and scheduling in the case more generally, and agree that continuing the initial status conference until such time that Defendant's motion to dismiss has been ruled upon or Plaintiff has cured any perceived deficiencies in her complaint would be the most efficient way to proceed.

Accordingly, the parties jointly move for an order continuing the September 29, 2016 status hearing for so long as a motion to dismiss all claims remains pending with the Court.

Dated: September 22, 2016

Respectfully submitted,

By: */s/ James D. Larry*
    James Dominick Larry

EDELSON PC

Benjamin H. Richman
J. Dominick Larry
350 North LaSalle St., 13th Floor
Chicago, IL 60654
Telephone:   +1 312 589 6370
Facsimile:    +1 312 5896378
brichman@edelson.com
nlarry@edelson.com

LAW OFFICES OF STEFAN COLEMAN, P.A.

Stefan A. Coleman
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
Telephone:   +1 877 333 9427
law@stefancoleman.com

Attorneys for Plaintiff
KIM SHERWIN

By: */s/ Philip M. Oliss*
    Philip M. Oliss

SQUIRE PATTON BOGGS (US) LLP

Philip M. Oliss
Three First National Plaza
70 W. Madison St., Suite 2015
Chicago, IL 60602
Telephone:  +1 216 479 8500
Facsimile:   +1 216 479 8780
Email:  philip.oliss@squirepb.com

Mark C. Dosker
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone:  +1 415 954 0200
Facsimile:   +1 415 393 9887
Email:  mark.dosker@squirepb.com

Attorneys for Defendant
SAMSUNG ELECTRONICS AMERICA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **JOINT MOTION AND STIPULATION TO CONTINUE SEPTEMBER 29, 2016 STATUS HEARING** was served pursuant to Electronic Case Filing (ECF) on September 22, 2016 to:

Benjamin H. Richman
J. Dominick Larry
EDELSON PC
350 North LaSalle St., 13th Floor
Chicago, IL 60654
brichman@edelson.com
nlarry@edelson.com

Stefan A. Coleman
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
law@stefancoleman.com



                                    */s/ Philip M. Oliss*
                                    Philip M. Oliss