UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Kim Sherwin
                              Plaintiff,

v.                                                   Case No.: 1:16−cv−07535
                                                            Honorable Jorge L. Alonso

Samsung Electronics America, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 28, 2016:

      MINUTE entry before the Honorable Jorge L. Alonso: Defendant's motion to dismiss [22] is taken under advisement. Briefing schedule previously set in this court's order of 10/18/16 [20]. Motion hearing date of 11/29/16 is stricken. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.