IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KIM SHERWIN,<br><br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation,<br><br>*Defendant.* | Case No. 1:16-cv-07535<br><br>District Judge Jorge L. Alonso<br><br>Magistrate Judge Susan E. Cox |

### **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kim Sherwin and Defendant Samsung Electronics America, Inc., by and through their undersigned attorneys, hereby stipulate and agree to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

**KIM SHERWIN**,

Dated: June 8, 2020  By: /s/ Schuyler Ufkes
                          One of Plaintiff's Attorneys

Benjamin H. Richman
brichman@edelson.com
Schuyler Ufkes
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Stefan L. Coleman (*Pro hac vice* to be sought)
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 South Biscayne Blvd, 28th Floor

1

        Miami, Florida
Tel: 877.333.9427
Fax: 888.498.8946

**SAMSUNG ELECTRONICS AMERICA, INC.,**

Dated: June 8, 2020

By: /s/ Mark C. Dosker (with authorization)
    One of Defendant's Attorneys

Mark Coleman Dosker
mark.dosker@squirepb.com
Squire Patton Boggs (US) LLP
275 Battery Street
Suite 2600
San Francisco, CA 94111-3492
Tel: (415) 954-0200
Fax: (415) 393-9887